CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
NOV - 8 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**WAYNE E. JACKSON,**
    Petitioner,

Civil Action No. 7:07-cv-00504

FINAL ORDER

v.

**MICHAEL B. MUKASEY, ET AL.,**
    Respondent.

By: Hon. Jackson L. Kiser
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced petitioner for a writ of habeas corpus, which the court has construed and filed as a petition pursuant to pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED**, and the case is hereby stricken from the active docket.

ENTER: This 8th day of November, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge